# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANNIE SLOAN INTERIORS, LTD.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-11767** |
| **JOLIE DESIGN & DECOR, INC.** | **SECTION: "S" (1)** |

## ORDER AND REASONS

**IT IS ORDERED** that **Defendants' Motion for Clarification of Preliminary Injunction Order and to Modify Injunction Order to Set Bond** (Rec. Doc. 227) is hereby **DENIED IN PART** and **GRANTED IN PART**.

On October 12, 2018, this court entered a preliminary injunction enjoining defendants from various activities. Rec. Doc. 214. Subsequently, defendants have moved to clarify the order with respect to whether they are (1) allowed under the order permanently to re-label existing lithographed cans; and (2) to rectify and prepare advertising and promotional materials for use after November 5, 2018. Defendants also request that the order be modified to set a bond in accordance with Federal Rule of Civil Procedure 65(c).

Having reviewed the record, the memoranda of counsel, and applicable law, the court denies the motion in part, finding that the requested clarification exceeds the

scope of the injunction. The court grants the motion in part, modifying the order to set a bond of $100,000.00, which shall be posted within five (5) days of entry of this order. The surety company shall be provided with a copy of the order of injunction.

New Orleans, Louisiana, this \_\_25th\_\_ day of October, 2018.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**